# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| PAULA GRAPES AS EXECUTRIX OF THE ESTATE OF DAVID B. GRAPES, | : | No. 16 WAP 2025 |
| Appellant | : | |
| v. | : | |
| LINDA J. GRAPES, | : | |
| Appellee | : | |
| v. | : | |
| PAULA GRAPES, | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 9th day of October, 2025, the Notice of Appeal is QUASHED. *See* 42 Pa.C.S. § 722 (delineating the type of final orders from the courts of common pleas that may be appealed directly to this Court); Pa.R.A.P. 341(b) (defining final orders).